# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALCOLM LAZENBY,** | Case No. CV-07-5361-AHM (FMOx) |
| *Plaintiff,* | |
| **vs.** | ORDER FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION PURSUANT TO SETTLEMENT |
| **CITY OF LOS ANGELES, et al.** | |
| *Defendant.* | |

*TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:*

**IT IS HEREBY SO ORDERED THAT** good cause appearing, it hereby is ordered, decreed and adjudged that Plaintiff MALCOLM LAZENBY's complaint, *USDC CASE NO. CV-07-5361-AHM (FMOx),* against the CITY OF LOS ANGELES (Los Angeles Police Department) be dismissed with prejudice and each side to bear its own fees and costs.

This Dismissal pertains to the entire action with Prejudice, and with a Waiver of Fees and Costs and is made pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure. This dismissal is based upon a settlement that has been reached by and amongst the two parties for three thousand dollars ($3,000.00) with no admitted liability by either party. Further, that there is a waiver of California Civil Code, Section

1542, including the release of all known and unknown claims as against all the DEFENDANTS, whether known or unknown.

***IT IS HEREBY SO ORDERED.***

Dated: June 17, 2008

**Make JS-6**

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT